KATHRYN BURKETT DICKSON, ESQ., State Bar No. 70636
EMILY A. NUGENT, ESQ., State Bar No. 255048
DICKSON GEESMAN LLP
1999 Harrison Street, Suite 2000
Oakland, CA 94612
Tel.:  (510) 899-4670
Fax:  (510) 899-4671
E-Mail: kathy@dicksongeesman.com
E-Mail: emily@dicksongeesman.com

David K. Colapinto, D.C. Bar #416390
Admitted *Pro Hac Vice*
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Tel:  (202) 342-6980
Fax: (202) 342-6984
Email: dc@kkc.com

Attorneys for Plaintiff-Relator

John C. Hueston, State Bar No. 164921
Brian J. Hennigan, State Bar No. 86955
Eric Hayden, State Bar No. 254107
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4267
Tel: 310-277-1010
Fax: 310-203-7199
E-Mail: jhueston@irell.com
E-Mail: bhennigan@irell.com
E-Mail: ehayden@irell.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.,  ) <br> DR. JOHN MAA ) <br> 1200 Gough St, Apt 11E ) <br> San Francisco, CA 94109 ) <br> ) <br> BRINGING THIS ACTION ON BEHALF ) <br> OF THE UNITED STATES OF AMERICA ) <br> ) <br> and ) <br> ) | CASE NO.: 12-CV-0200-JCS <br><br> **STIPULATION RE SERVICE OF SUMMONS AND COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

1

STIPULATION RE SERVICE OF SUMMONS AND COMPLAINT – Case No. 12-CV-0200-JCS

| | |
|---|---|
| 1 | c/o HON. MELINDA HAAG )<br>United States Attorney for the Northern )|
| 2 | District of California )<br>United States Attorney's Office ) |
| 3 | 450 Golden Gate Ave, )<br>San Francisco, CA 94102 ) |
| 4 | ) |
| | and ) |
| 5 | ) |
| | c/o ERIC H. HOLDER ) |
| 6 | Attorney General of the United States )<br>U.S. Department of Justice ) |
| 7 | 10th and Constitution Avenues, N.W. )<br>Washington, DC 20530 ) |
| 8 | and ) |
| | ) |
| 9 | STATE OF CALIFORNIA, ex rel., )<br>DR. JOHN MAA ) |
| 10 | ) |
| | BRINGING THIS ACTION ON BEHALF OF ) |
| 11 | THE STATE OF CALIFORNIA and the )<br>CALIFORNIA INSURANCE ) |
| 12 | COMMISSIONER ) |
| | ) |
| 13 | and ) |
| | ) |
| 14 | c/o Darrell Woo )<br>Attorney Department ) |
| 15 | California Department of Insurance )<br>45 Fremont Street, 22nd Floor ) |
| 16 | San Francisco, CA 94105 ) |
| | ) |
| 17 | vs. ) |
| | ) |
| 18 | DR. JAMES W. OSTROFF )<br>(in his personal capacity) ) |
| 19 | 505 Parnassus Ave. )<br>San Francisco, CA 94143 ) |
| 20 | ) |
| | DR. JOSHUA ADLER ) |
| 21 | (in his personal capacity) )<br>505 Parnassus Ave. ) |
| 22 | San Francisco, CA 94143 ) |
| | ) |
| 23 | DR. NANCY ASCHER )<br>(in her personal capacity) ) |
| 24 | 285 Edgewood Ave. )<br>San Francisco, CA 94117 ) |
| 25 | ) |
| | DR. SUSAN DESMOND-HELLMANN ) |
| 26 | (in her personal capacity) )<br>505 Parnassus Ave. ) |
| 27 | |
| 28 | |

2

STIPULATION RE SERVICE OF SUMMONS AND COMPLAINT – Case No. 12-CV-0200-JCS

| | |
|---|---|
| 1 | San Francisco, CA 94143 ) |
| | ) |
| 2 | DR. ADRIENNE GREEN ) |
| | (in her personal capacity) ) |
| 3 | 505 Parnassus Ave. ) |
| | San Francisco, CA 94143 ) |
| 4 | ) |
| | DR. MICHAEL GROPPER ) |
| 5 | (in his personal capacity) ) |
| | 505 Parnassus Ave. ) |
| 6 | San Francisco, CA 94143 ) |
| | ) |
| 7 | DR. HOBART HARRIS ) |
| | (in his personal capacity) ) |
| 8 | 969 Duncan Street ) |
| | San Francisco, CA 94131 ) |
| 9 | ) |
| | DR. SAM HAWGOOD ) |
| 10 | (in his personal capacity) ) |
| | 505 Parnassus Ave. ) |
| 11 | San Francisco, CA 94143 ) |
| | ) |
| 12 | MARK LARET ) |
| | (in his personal capacity) ) |
| 13 | 505 Parnassus Ave. ) |
| | San Francisco, CA 94143 ) |
| 14 | ) |
| | DR. SALLY MARSHALL ) |
| 15 | (in her personal capacity) ) |
| | 505 Parnassus Ave. ) |
| 16 | San Francisco, CA 94143 ) |
| | ) |
| 17 | SUSAN PENNEY ) |
| | (in her personal capacity) ) |
| 18 | 505 Parnassus Ave. ) |
| | San Francisco, CA 94143 ) |
| 19 | ) |
| | DOES ONE through FIFTY, ) |
| 20 | (in their personal capacities) ) |
| | ) |
| 21 | Defendants. ) |
| | ) |

THE PARTIES STIPULATE AS FOLLOWS:

1) Brian J. Hennigan of Irell & Manella LLP has represented to Plaintiff's counsel, Kathryn Burkett Dickson, that he is authorized to accept service of the Summons, Complaint, Amended Complaint, and all related court documents on behalf of all the individual Defendants

3

in their personal capacities: Dr. Joshua Adler, Dr. Nancy Ascher, Dr. Susan Desmond-Hellmann, Dr. Adrienne Green, Dr. Michael Gropper, Dr. Hobart Harris, Dr. Sam Hawgood, Mark Laret, Dr. Sally Marshall, and Susan Penney.  Defendant Dr. James W. Ostroff has already been served.

2)  Mr. Hennigan has agreed to accept one copy of the Summons, Complaint, Amended Complaint, and all related papers for all Defendants.

3)  Plaintiff will serve the Summons, Complaint, Amended Complaint, and all related papers on Mr. Hennigan by Federal Express Overnight Delivery.

4)  The parties agree that by accepting service of the Summons, Complaint, Amended Complaint, and all related papers, Defendants will retain all defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive the objections to the absence of a summons or of service.

5)  The parties agree that Defendants shall have until January 18, 2013 to serve a responsive pleading or motion under Federal Rule of Civil Procedure 12 on behalf of all Defendants, including Dr. James W. Ostroff, whom Plaintiff has previously served.

6)  The parties agree that they will request that the pending Case Management Conference currently scheduled for January 4, 2013 be continued to March 8, 2013.

IT IS SO STIPULATED.

DATED:  December 3, 2012          DICKSON GEESMAN LLP

                                  By: */s/ Kathryn Burkett Dickson*
                                  KATHRYN BURKETT DICKSON

                                  and

                                  KOHN, KOHN & COLAPINTO, LLP

DATED:  December 3, 2012          By: */s/ David K. Colapinto*
                                  DAVID K. COLAPINTO
                                  Admitted *Pro Hac Vice*

                                  Attorneys for Plaintiff-Relator

1
2   DATED: December 3, 2012           IRELL & MANELLA LLP
3
4                                     By: */s/ Brian J. Hennigan*
                                      BRIAN J. HENNIGAN
5                                     Attorneys for Defendants
6
7
8   Dated: 12/4/12

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

STIPULATION RE SERVICE OF SUMMONS AND COMPLAINT – Case No. 12-CV-0200-JCS