1  IRELL & MANELLA LLP
   John C. Hueston (164921)
2  *JHueston@irell.com*
   Brian Hennigan (86955)
3  *BHennigan@irell.com*
   Eric J. Hayden (254107)
4  *EHayden@irell.com*
   840 Newport Center Drive, Suite 400
5  Newport Beach, California  92660-6324
   Telephone:   (949) 760-0991
6  Facsimile:   (949) 760-5200

7  Attorneys for Defendants
   Dr. James W. Ostroff, Dr. Joshua Adler, Dr.
8  Nancy Ascher, Dr. Susan Desmond-
   Hellman, Dr. Adrienne Green, Dr. Michael
9  Gropper, Dr. Hobart Harris, Dr. Sam
   Hawgood, Mark Laret, Dr. Sally Marshall,
10 and Susan Penney

11                      **UNITED STATES DISTRICT COURT**

12                      **NORTHERN DISTRICT OF CALIFORNIA**

13                            **SAN FRANCISCO DIVISION**

14 | UNITED STATES OF AMERICA, STATE    )  Case No. 3:12-cv-0200 JCS
   | OF CALIFORNIA, *ex rel.* DR. JOHN MAA, )
15 | et al.,                            )
   |                                    )  **[PROPOSED]** **ORDER GRANTING**
16 |         Plaintiff and Relator,     )  **STIPULATED REQUEST TO ENLARGE**
   |                                    )  **TIME AND CONTINUE HEARING ON**
17 |    vs.                             )  **DEFENDANTS' MOTION TO DISMISS**
   |                                    )  **AND CASE MANAGEMENT**
18 | DR. JAMES W. OSTROFF, et al.,      )  **CONFERENCE**
   |                                    )
19 |         Defendants.                )
   |                                    )
20

---

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER GRANTING STIP REQUEST TO ENLARGE
TIME AND CONT HEARING ON MOT TO DISMISS
AND CMC (Case No. 3:12-cv-0200 JCS)
2765269

Upon consideration of the parties' stipulation for enlargement of time for the opposition and reply briefs in response to Defendants' motion to dismiss [Doc 29], and the declarations in support thereof, it is hereby ORDERED THAT:

- Plaintiff-Relator's opposition to Defendants' Motion to Dismiss shall be due February 22, 2013.
- Defendants' Reply to Plaintiff-Relator's opposition shall be due March 8, 2013.
- The hearing on the Motion to Dismiss [Doc 29] shall be continued from February 22, 2013 at 9:30 a.m. to ~~March 15, 2013~~ April 12, 2013 at 9:30 a.m.
- The Case Management Conference is continued from March 8, 2013 at 1:30 p.m. to ~~March 15, 2013~~ April 12, 2013 at 9:30 a.m.

Joint case management statement due by April 5, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 5, 2013

Hon. Joseph C. Spero
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

ORDER GRANTING STIP REQUEST TO ENLARGE TIME AND CONT HEARING ON MOT TO DISMISS AND CMC (Case No. 3:12-cv-0200 JCS)
2765269

- 1 -

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations