IRELL & MANELLA LLP
John C. Hueston (164921)
*JHueston@irell.com*
Brian Hennigan (86955)
*BHennigan@irell.com*
Eric J. Hayden (254107)
*EHayden@irell.com*
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants

KATHRYN BURKETT DICKSON (70636)
EMILY A. NUGENT (255048)
DICKSON GEESMAN LLP
1999 Harrison Street, Suite 2000
Oakland, California 94612
Tel.: (510) 899-4670
Fax: (510) 899-4671
E-Mail: kathy@dicksongeesman.com
E-Mail: emily@dicksongeesman.com

David K. Colapinto, D.C. Bar #416390
Admitted *Pro Hac Vice*
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Tel: (202) 342-6980
Fax: (202) 342-6984
Email: dc@kkc.com

Attorneys for Plaintiff-Relator

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* DR. JOHN MAA, et al., <br><br> Plaintiff and Relator, <br><br> vs. <br><br> DR. JAMES W. OSTROFF, et al., <br><br> Defendants. | Case No. 3:12-cv-0200 JCS <br><br> **JOINT STIPULATION TO EXTEND DEADLINES TO EXCHANGE INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26** |

2825430

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1) The parties have conferred and agree that because of Defendants' pending motion to dismiss the Second Amended Complaint, an extension of time is appropriate for the parties to exchange initial disclosures as required by Federal Rule of Civil Procedure 26.

2) The parties agree that the time to make initial disclosures is extended as follows: the parties will make initial discovery disclosures 30 days after the Court issues a ruling on the pending Motion to Dismiss Second Amended Complaint filed by Defendants. However, if the Court grants Defendants' motion to dismiss and gives Plaintiff leave to file an amended complaint, the parties' initial disclosures will be due 30 days after Plaintiff serves an amended complaint on Defendants.

3) This stipulation will not alter the date of any deadline already fixed by Court order. *See* Local Rule 6-1(a).

IT IS SO STIPULATED

Dated: June 17, 2013 \_\_\_   IRELL & MANELLA LLP

By: */s/ Eric Hayden*
Eric Hayden
Attorneys for Defendants

Dated: June 17, 2013   KOHN, KOHN & COLAPINTO, LLP

By: */s/ David K. Colapinto*
DAVID K. COLAPINTO
Admitted *Pro Hac Vice*
Attorneys for Plaintiff-Relator

Dated: June 18, 2013

IT IS SO ORDERED
Judge Joseph C. Spero

2825430

- 1 -

**L.R. 5-1(i) ATTESTATION**

I, Eric Hayden, am the ECF user whose ID and password are being used to file the parties' JOINT STIPULATION TO EXTEND DEADLINES TO EXCHANGE INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26. In compliance with Local Rule 5-1(i), I hereby attest that David K. Colapinto, counsel for Plaintiff-Relator, has concurred in this filing.

                                                                              */s/ Eric Hayden*