1  IRELL & MANELLA LLP
   John C. Hueston (164921)
2  *JHueston@irell.com*
   Brian Hennigan (86955)
3  *BHennigan@irell.com*
   Eric J. Hayden (254107)
4  *EHayden@irell.com*
   840 Newport Center Drive, Suite 400
5  Newport Beach, California 92660-6324
   Telephone: (949) 760-0991
6  Facsimile: (949) 760-5200

7  Attorneys for Defendants

8  KATHRYN BURKETT DICKSON (70636)
   EMILY A. NUGENT (255048)
9  DICKSON GEESMAN LLP
   1999 Harrison Street, Suite 2000
10 Oakland, California 94612
   Tel.: (510) 899-4670
11 Fax: (510) 899-4671
   E-Mail: kathy@dicksongeesman.com
12 E-Mail: emily@dicksongeesman.com

13 David K. Colapinto, D.C. Bar #416390
   Admitted *Pro Hac Vice*
14 KOHN, KOHN & COLAPINTO, LLP
   3233 P Street, N.W.
15 Washington, D.C. 20007-2756
   Tel: (202) 342-6980
16 Fax: (202) 342-6984
17 Email: dc@kkc.com

18 Attorneys for Plaintiff

19                **UNITED STATES DISTRICT COURT**

20               **NORTHERN DISTRICT OF CALIFORNIA**

21                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 22 UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* DR. JOHN MAA, 23 et al., | Case No. 3:12-cv-0200 JCS |
| 24           Plaintiff, | **JOINT STIPULATION FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND SETTING** |
| 25    vs. | **SCHEDULE FOR DEFENDANTS' ANSWER THERETO PURSUANT TO** |
| 26 DR. JAMES W. OSTROFF, et al., | **FED. R. CIV. P. 15(a)(2) AND LOCAL RULE 6-1(a)** |
| 27           Defendants. | |

28

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1) The parties have conferred and agree that in light of the Court's October 23, 2013 Order granting in part and denying in part Defendants' motion to dismiss Plaintiff's Second Amended Complaint [Dkt. No. 61], Plaintiff shall be permitted to file a Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

2) The parties agree that Plaintiff shall have up to and including November 25, 2013 to file a Third Amended Complaint consistent with the Court's October 23, 2013 Order [Dkt. No. 61].

3) Pursuant to Northern District of California Local Rule 6-1(a), the parties further agree that Defendants shall have up to and including December 20, 2013 to serve and file an Answer to Plaintiff's Third Amended Complaint.

4) This stipulation will not alter the date of any deadline already fixed by Court order. *See* Local Rule 6-1(a).

IT IS SO STIPULATED

Dated: November 5, 2013                    IRELL & MANELLA LLP

By: */s/ Eric Hayden*
Eric Hayden
Attorneys for Defendants

Dated: November 5, 2013                    KOHN, KOHN & COLAPINTO, LLP

By: */s/ David K. Colapinto*
David K. Colapinto
Admitted *Pro Hac Vice*
Attorneys for Plaintiffs

Dated: 11/7/13

IT IS SO ORDERED
Judge Joseph C. Spero

- 1 -
JOINT STIPULATION TO FILE THIRD AMENDED COMPLAINT & SETTING SCHEDULE FOR ANSWER

2908266

**L.R. 5-1(i) ATTESTATION**

I, Eric Hayden, am the ECF user whose ID and password are being used to file the parties' JOINT STIPULATION FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND SETTING SCHEDULE FOR DEFENDANTS' ANSWER THERETO PURSUANT TO FED. R. CIV. P. 15(a)(2) AND LOCAL RULE 6-1(a). In compliance with Local Rule 5-1(i), I hereby attest that David K. Colapinto, counsel for Plaintiff, has concurred in this filing.

        */s/ Eric Hayden*