1  IRELL & MANELLA LLP
   John C. Hueston (164921)
2  *JHueston@irell.com*
   Brian Hennigan (86955)
3  *BHennigan@irell.com*
   Eric J. Hayden (254107)
4  *EHayden@irell.com*
   840 Newport Center Drive, Suite 400
5  Newport Beach, California  92660-6324
   Telephone:   (949) 760-0991
6  Facsimile:   (949) 760-5200

7  Attorneys for Defendants

8  KATHRYN BURKETT DICKSON (70636)
   EMILY A. NUGENT (255048)
9  DICKSON GEESMAN LLP
   1999 Harrison Street, Suite 2000
10 Oakland, California  94612
   Tel.:  (510) 899-4670
11 Fax:  (510) 899-4671
   E-Mail: kathy@dicksongeesman.com
12 E-Mail: emily@dicksongeesman.com

13 David K. Colapinto, D.C. Bar #416390
   Admitted *Pro Hac Vice*
14 KOHN, KOHN & COLAPINTO, LLP
   3233 P Street, N.W.
15 Washington, D.C.  20007-2756
   Tel:  (202) 342-6980
16 Fax: (202) 342-6984
17 Email: dc@kkc.com

18 Attorneys for Plaintiff

19               **UNITED STATES DISTRICT COURT**

20            **NORTHERN DISTRICT OF CALIFORNIA**

21                **SAN FRANCISCO DIVISION**

22 UNITED STATES OF AMERICA, STATE      )  Case No. 3:12-cv-0200 JCS
   OF CALIFORNIA, *ex rel.* DR. JOHN MAA, )
23 et al.,                              )
                                        )
24          Plaintiff,                  )  **JOINT STIPULATION FOR PLAINTIFF**
                                        )  **TO FILE A THIRD AMENDED**
                                        )  **COMPLAINT AND SETTING**
25          vs.                         )  **SCHEDULE FOR DEFENDANTS'**
                                        )  **ANSWER THERETO PURSUANT TO**
26 DR. JAMES W. OSTROFF, et al.,        )  **FED. R. CIV. P. 15(a)(2) AND LOCAL**
                                        )  **RULE 6-1(a)**
27          Defendants.                 )
                                        )
28

                    _____
                    JOINT STIPULATION TO FILE THIRD AMENDED COMPLAINT & SETTING SCHEDULE
   2908266                              FOR ANSWER

1  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

2  1) The parties have conferred and agree that in light of the Court's October 23, 2013 Order

3  granting in part and denying in part Defendants' motion to dismiss Plaintiff's Second Amended

4  Complaint [Dkt. No. 61], Plaintiff shall be permitted to file a Third Amended Complaint pursuant

5  to Federal Rule of Civil Procedure 15(a)(2).

6  2) The parties agree that Plaintiff shall have up to and including November 25, 2013 to

7  file a Third Amended Complaint consistent with the Court's October 23, 2013 Order [Dkt. No.

8  61].

9  3) Pursuant to Northern District of California Local Rule 6-1(a), the parties further agree

10  that Defendants shall have up to and including December 20, 2013 to serve and file an Answer to

11  Plaintiff's Third Amended Complaint.

12  4) This stipulation will not alter the date of any deadline already fixed by Court order. *See*

13  Local Rule 6-1(a).

14  IT IS SO STIPULATED

15  Dated:  November 5, 2013                 IRELL & MANELLA LLP

16

17                                                   By: */s/ Eric Hayden*
                                                          Eric Hayden
18                                                        Attorneys for Defendants

19  Dated:  November 5, 2013                 KOHN, KOHN & COLAPINTO, LLP

20

21                                                   By: */s/ David K. Colapinto*
                                                          David K. Colapinto
22                                                        Admitted *Pro Hac Vice*
                                                          Attorneys for Plaintiffs

23

24

25  Dated: 11/7/13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

26

27

28

- 1 -

JOINT STIPULATION TO FILE THIRD AMENDED COMPLAINT & SETTING SCHEDULE
FOR ANSWER

2908266

1

**L.R. 5-1(i) ATTESTATION**

2

I, Eric Hayden, am the ECF user whose ID and password are being used to file the parties'

3    JOINT STIPULATION FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND

4    SETTING SCHEDULE FOR DEFENDANTS' ANSWER THERETO PURSUANT TO FED. R.

5    CIV. P. 15(a)(2) AND LOCAL RULE 6-1(a).  In compliance with Local Rule 5-1(i), I hereby

6    attest that David K. Colapinto, counsel for Plaintiff, has concurred in this filing.

7                                                                          */s/ Eric Hayden*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

JOINT STIPULATION TO FILE THIRD AMENDED COMPLAINT & SETTING SCHEDULE
FOR ANSWER