IRELL & MANELLA LLP
John C. Hueston (164921)
*JHueston@irell.com*
Brian Hennigan (86955)
*BHennigan@irell.com*
Eric J. Hayden (254107)
*EHayden@irell.com*
840 Newport Center Drive, Suite 400
Newport Beach, California  92660-6324
Telephone:    (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. JOHN MAA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DR. JOSHUA ADLER, et al.,<br><br>　　　　Defendants. | Case No. 3:12-cv-0200 JCS<br><br>**NOTICE OF INTENT TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>**CMC DATE:  June 20, 2014, 2:00 p.m.** |

1  Pursuant to the Hon. Joseph C. Spero's Civil Standing Order (Rev. Feb. 10, 2014) and
2  Civil L.R. 16-10(a), counsel for Defendants hereby requests to appear telephonically at the June
3  12, 2014 further case management conference at 2:00 p.m. in the above-referenced matter.
4  **Counsel's direct line is:  (310) 203-7159**
5  Defendants' counsel is also informed that counsel for Plaintiff also intend to appear
6  telephonically.  If so, the parties will arrange a conference call number and circulate to all parties
7  and the Court two days prior to the scheduled hearing.

8
9  Dated: June 13, 2014                              IRELL & MANELLA LLP
10  _____                    By: */s/ Eric Hayden*
                                                                    Eric Hayden
11                                                                 Attorneys for Defendants
12

13  IT IS HEREBY ORDERED that David Colapinto, counsel for Plaintiff, shall arrange a conference
14  call number and circulate to all parties and the Court by Thursday, June 19, 2014.
    Dated: 6/17/14

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

NOTICE OF TELEPHONIC APPEARANCE
(Case No. 3:12-cv-0200 JCS)

2982513                                    - 1 -