ATTORNEYS AT LAW
333 BUSH STREET, 30TH FLOOR   SAN FRANCISCO, CALIFORNIA 94104-2834
www.sedgwicklaw.com   415.781.7900 *phone*   415.781.2635 *fax*



*Denise Trani-Morris*
*direct fax (415) 781-2635*
*denise.trani-morris@sedgwicklaw.com*

February 2, 2015

*Via ECF Electronic Filing – Original to follow Via Messenger*
Chief Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue - Courtroom G - 15th Fl
San Francisco, CA 94102

Re: Dr. John Maa v. Dr. Joshua Adler, et al.
     USDC-Northern District of California Case No. 3:12-CV-0200 JCS
     File No.: 12025-000017

Dear Magistrate Judge Spero:

We represent the defendants in the above entitled action. The purpose of this letter is to request an extension of the current mediation deadline of February 13, 2015. Mediation with Judge Infante had been set for February 11, 2015. Unfortunately, lead counsel, Robert Eassa, has a trial set to start on February 9, 2015. When the mediation was initially scheduled in this case, trial in the other matter was scheduled for early January and would have been completed by February 11. However, the Court has now trailed the matter to February 9, 2015.

We have advised opposing counsel and Judge Infante of this conflict and we have tentatively set mediation for April 8, 2015.

We apologize for any inconvenience this continuance may cause. The circumstances have been beyond our control.

Sincerely,

Denise Trani-Morris
Sedgwick LLP

DTM/cpw

cc: Emily Nugent (*via email*)

DAted: 2/4/15



IT IS SO ORDERED
Judge Joseph C. Spero

19862243v1