```
1   ROBERT D. EASSA (Bar No. 107970)
    Robert.Eassa@sedgwicklaw.com
2   DELIA ISVORANU (Bar No.226750)
    Delia.Isvoranu@sedgwicklaw.com
3   DENISE TRANI-MORRIS (Bar No. 127879)
    Denise.Trani-Morris@sedgwicklaw.com
4   SEDGWICK LLP
    333 Bush Street, 30th Floor
5   San Francisco, CA  94104-2834
    Telephone:    415/781-7900
6   Facsimile:    415/781-2635

7   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. JOHN MAA,<br><br>    Plaintiff,<br><br>v.<br><br>DR. JOSHUA ADLER, et al.,<br><br>    Defendants. | Case No. 3:12-cv-0200 JCS<br><br>**DEFENDANT DR. JOSHUA ADLER'S SUBSTITUTION OF COUNSEL** |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Dr. Joshua Adler hereby substitutes:

SEDGWICK LLP
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415)781-7900/ Facsimile:    (415)781-2635

As his attorneys of record in the above-entitled action in place and instead of:

IRELL & MANELLA, LLP
John C. Hueston
Brian Hennigan

Eric J. Hayden
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991 / Facsimile: (949) 760-5200

Dr. Joshua Adler hereby accepts and consents to the Substitution of Counsel.

DATED: December 19, 2014

By: _____
Dr. Joshua Adler

On behalf of Irell & Manella LLP, I consent to this substitution.

DATED: JANUARY 7, 2015 ~~December __, 2014~~   IRELL & MANELLA LLP

By: _____
~~John C. Hueston~~
~~Brian Hennigan~~
Eric J. Hayden

On behalf of Sedgwick LLP, I accept the foregoing substitution.

DATED: December 10, 2014   SEDGWICK LLP

By: _____
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris

IT IS SO ORDERED
Judge Joseph C. Spero
2/6/2015