```
1   ROBERT D. EASSA (Bar No. 107970)
    Robert.Eassa@sedgwicklaw.com
2   DELIA ISVORANU (Bar No.226750)
    Delia.Isvoranu@sedgwicklaw.com
3   DENISE TRANI-MORRIS (Bar No. 127879)
    Denise.Trani-Morris@sedgwicklaw.com
4   SEDGWICK LLP
    333 Bush Street, 30th Floor
5   San Francisco, CA  94104-2834
    Telephone:    415/781-7900
6   Facsimile:    415/781-2635

7   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. JOHN MAA,<br><br>   Plaintiff,<br><br>v.<br><br>DR. JOSHUA ADLER, et al.,<br><br>   Defendants. | Case No. 3:12-cv-0200 JCS<br><br>**DEFENDANT DR. NANCY ASCHER'S, SUBSTITUTION OF COUNSEL** |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Dr. Nancy Ascher hereby substitutes:

SEDGWICK LLP
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:   (415)781-7900/ Facsimile:   (415)781-2635

As her attorneys of record in the above-entitled action in place and instead of:

IRELL & MANELLA, LLP
John C. Hueston
Brian Hennigan

```
 1   Eric J. Hayden
     840 Newport Center Drive, Suite 400
 2   Newport Beach, CA 92660-6324
     Telephone:   (949) 760-0991 / Facsimile:   (949) 760-5200
 3
 4   Dr. Nancy Ascher hereby accepts and consents to the Substitution of Counsel.
 5
 6   DATED: ~~December~~ January 29, 2015 ~~2014~~
 7
 8                                           By: _____
 9                                               Dr. Nancy Ascher
10
11   On behalf of Irell & Manella LLP, I consent to this substitution.
12
13   DATED: December __, 2014        IRELL & MANELLA LLP
14
15                                           By: _____
                                                 John C. Hueston
16                                               Brian Hennigan
                                                 Eric J. Hayden
17
18   On behalf of Sedgwick LLP, I accept the foregoing substitution.
19
20   DATED: December 10, 2014        SEDGWICK LLP
21
22                                           By: _____
                                                 Robert D. Eassa
23                                               Delia Isvoranu
                                                 Denise Trani-Morris
24
25
26
27
28
```

1  Eric J. Hayden
   840 Newport Center Drive, Suite 400
2  Newport Beach, CA 92660-6324
   Telephone:  (949) 760-0991 / Facsimile:  (949) 760-5200
3

4  Dr. Nancy Ascher hereby accepts and consents to the Substitution of Counsel.

5

6  DATED: December __, 2014

7

8                                  By: _____
                                       Dr. Nancy Ascher
9

10

11 On behalf of Irell & Manella LLP, I consent to this substitution.

12
                  Jan, 7, 2015
13 DATED: December __, 2014    IRELL & MANELLA LLP

14

15                                 By: _____
                                       John C. Hueston
16                                     Brian Hennigan
                                       Eric J. Hayden
17

18 On behalf of Sedgwick LLP, I accept the foregoing substitution.

19

20 DATED: December 10, 2014    SEDGWICK LLP

21

22                                 By: _____
                                       Robert D. Eassa
23                                     Delia Isvoranu
                                       Denise Trani-Morris
24

25          IT IS SO ORDERED
            Judge Joseph C. Spero
26          2/6/2015
27

28

19736002v1                              -2-                    Case No. 3:12-cv-0200-JCS
           DEFENDANT DR. NANCY ASCHER'S SUBSTITUTION OF COUNSEL