```
1  ROBERT D. EASSA (Bar No. 107970)
   Robert.Eassa@sedgwicklaw.com
2  DELIA ISVORANU (Bar No. 226750)
   Delia.Isvoranu@sedgwicklaw.com
3  DENISE TRANI-MORRIS (Bar No. 127879)
   Denise.Trani-Morris@sedgwicklaw.com
4  SEDGWICK LLP
   333 Bush Street, 30th Floor
5  San Francisco, CA  94104-2834
   Telephone:    415/781-7900
6  Facsimile:    415/781-2635

7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DR. JOHN MAA, | Case No. 3:12-cv-0200 JCS |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT DR. SUSAN DESMOND-HELLMANN'S, SUBSTITUTION OF COUNSEL** |
| DR. JOSHUA ADLER, et al., | |
| Defendants. | |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Dr. Susan Desmond-Hellmann hereby substitutes:

SEDGWICK LLP
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415)781-7900/ Facsimile:    (415)781-2635

As her attorneys of record in the above-entitled action in place and instead of:

IRELL & MANELLA, LLP

1  John C. Hueston
   Brian Hennigan
2  Eric J. Hayden
   840 Newport Center Drive, Suite 400
3  Newport Beach, CA 92660-6324
   Telephone:   (949) 760-0991 / Facsimile:   (949) 760-5200
4

5      Dr. Susan Desmond-Hellmann hereby accepts and consents to the Substitution of
6  Counsel.
7

8  DATED: December 31, 2014
9

10                           By: _____
11                               Dr. Susan Desmond-Hellmann

12

13  On behalf of Irell & Manella LLP, I consent to this substitution.

14

15  DATED: December __, 2014    IRELL & MANELLA LLP

16

17                           By: _____
                                 John C. Hueston
18                               Brian Hennigan
                                 Eric J. Hayden
19

20  On behalf of Sedgwick LLP, I accept the foregoing substitution.

21

22  DATED: December 10, 2014    SEDGWICK LLP

23

24                           By: _____
                                 Robert D. Eassa
25                               Delia Isvoranu
                                 Denise Trani-Morris
26

27

28

19736013v1                          -2-                    Case No. 3:12-cv-0200-JCS
           DEFENDANT DR. SUSAN DESMOND-HELLMANN'S SUBSTITUTION OF COUNSEL

|   | |
|---|---|
| 1 | John C. Hueston |
| 2 | Brian Hennigan |
|   | Eric J. Hayden |
| 3 | 840 Newport Center Drive, Suite 400 |
|   | Newport Beach, CA 92660-6324 |
| 4 | Telephone: (949) 760-0991 / Facsimile: (949) 760-5200 |

Dr. Susan Desmond-Hellmann hereby accepts and consents to the Substitution of Counsel.

DATED: December __, 2014

By: _____
Dr. Susan Desmond-Hellmann

On behalf of Irell & Manella LLP, I consent to this substitution.

DATED: ~~December __, 2014~~ Jan. 7, 2015    IRELL & MANELLA LLP

By: _____
~~John C. Hueston~~
~~Brian Hennigan~~
Eric J. Hayden

On behalf of Sedgwick LLP, I accept the foregoing substitution.

DATED: December 10, 2014    SEDGWICK LLP

By: _____
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris

**IT IS SO ORDERED**
Judge Joseph C. Spero
2/6/2015

19736013v1

-2-    Case No. 3:12-cv-0200-JCS

DEFENDANT DR. SUSAN DESMOND-HELLMANN'S SUBSTITUTION OF COUNSEL