ROBERT D. EASSA (Bar No. 107970)
Robert.Eassa@sedgwicklaw.com
DELIA ISVORANU (Bar No.226750)
Delia.Isvoranu@sedgwicklaw.com
DENISE TRANI-MORRIS (Bar No. 127879)
Denise.Trani-Morris@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:   415/781-7900
Facsimile:   415/781-2635

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. JOHN MAA,<br><br>  Plaintiff,<br><br>v.<br><br>DR. JOSHUA ADLER, et al.,<br><br>  Defendants. | Case No. 3:12-cv-0200 JCS<br><br>**DEFENDANT DR. ADRIENNE GREEN'S SUBSTITUTION OF COUNSEL** |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Dr. Adrienne Green hereby substitutes:

SEDGWICK LLP
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:   (415)781-7900/ Facsimile:   (415)781-2635

As her attorneys of record in the above-entitled action in place and instead of:

IRELL & MANELLA, LLP
John C. Hueston
Brian Hennigan

-1-   Case No. 3:12-cv-0200-JCS
DEFENDANT DR. ADRIENNE GREEN'S SUBSTITUTION OF COUNSEL

19736014v1

```
 1    Eric J. Hayden
      840 Newport Center Drive, Suite 400
 2    Newport Beach, CA 92660-6324
      Telephone:  (949) 760-0991 / Facsimile:  (949) 760-5200
 3

 4    Dr. Adrienne Green hereby accepts and consents to the Substitution of Counsel.

 5

 6    DATED: December 17, 2014

 7

 8                                    By: _____
                                          Dr. Adrienne Green
 9

10

11    On behalf of Irell & Manella LLP, I consent to this substitution.

12            JANUARY 7, 2015
      DATED: December ___, 2014        IRELL & MANELLA LLP
13

14
                                      By: _____
15                                        John C. Hueston
                                          Brian Hennigan
16                                        Eric J. Hayden

17

18    On behalf of Sedgwick LLP, I accept the foregoing substitution.

19

20    DATED: December 10, 2014         SEDGWICK LLP

21
                                      By: _____
22                                        Robert D. Eassa
                                          Delia Isvoranu
23                                        Denise Trani-Morris

24

25                                    IT IS SO ORDERED
                                      Judge Joseph C. Spero
26                                    2/6/2015

27

28
```

19736014v1                                -2-                Case No. 3:12-cv-0200-JCS
                DEFENDANT DR. ADRIENNE GREEN'S SUBSTITUTION OF COUNSEL