1 ROBERT D. EASSA (Bar No. 107970)
Robert.Eassa@sedgwicklaw.com
2 DELIA ISVORANU (Bar No. 226750)
Delia.Isvoranu@sedgwicklaw.com
3 DENISE TRANI-MORRIS (Bar No. 127879)
Denise.Trani-Morris@sedgwicklaw.com
4 SEDGWICK LLP
333 Bush Street, 30th Floor
5 San Francisco, CA  94104-2834
Telephone:    415/781-7900
6 Facsimile:    415/781-2635

7 Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  DR. JOHN MAA, | Case No. 3:12-cv-0200 JCS |
| 14           Plaintiff, | |
| 15      v. | **DEFENDANT DR. MICHAEL GROPPER'S, SUBSTITUTION OF COUNSEL** |
| 16  DR. JOSHUA ADLER, et al., | |
| 17           Defendants. | |

19    TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR

20 ATTORNEYS OF RECORD:

21    PLEASE TAKE NOTICE THAT defendant Dr. Michael Gropper hereby substitutes:

22    SEDGWICK LLP
      Robert D. Eassa
23    Delia Isvoranu
      Denise Trani-Morris
24    333 Bush Street, 30th Floor
      San Francisco, CA  94104-2834
25    Telephone:    (415)781-7900/ Facsimile:    (415)781-2635

26    As his attorneys of record in the above-entitled action in place and instead of:

27    IRELL & MANELLA, LLP
      John C. Hueston
28    Brian Hennigan

19736037v1

-1-                              Case No. 3:12-cv-0200-JCS

DEFENDANT DR. MICHAEL GROPPER'S SUBSTITUTION OF COUNSEL

```
 1   Eric J. Hayden
     840 Newport Center Drive, Suite 400
 2   Newport Beach, CA 92660-6324
     Telephone:   (949) 760-0991 / Facsimile:   (949) 760-5200
 3

 4        Dr. Michael Gropper hereby accepts and consents to the Substitution of Counsel.

 5

 6   DATED: December 12, 2014

 7

 8                                    By: _____
                                           Dr. Michael Gropper
 9

10

11   On behalf of Irell & Manella LLP, I consent to this substitution.

12

13   DATED: December __, 2014    IRELL & MANELLA LLP

14

15                                    By: _____
                                           John C. Hueston
16                                         Brian Hennigan
                                           Eric J. Hayden
17

18   On behalf of Sedgwick LLP, I accept the foregoing substitution.

19

20   DATED: December 10, 2014    SEDGWICK LLP

21

22                                    By: _____
                                           Robert D. Eassa
23                                         Delia Isvoranu
                                           Denise Trani-Morris
24

25

26

27

28
```

Eric J. Hayden
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone:    (949) 760-0991 / Facsimile:   (949) 760-5200

Dr. Michael Gropper hereby accepts and consents to the Substitution of Counsel.

DATED: December __, 2014


By: _____
    Dr. Michael Gropper


On behalf of Irell & Manella LLP, I consent to this substitution.

DATED: ~~December 1, 2014~~ Jan 7, 2015    IRELL & MANELLA LLP


By: _____
    ~~John C. Hueston~~
    ~~Brian Hennigan~~
    Eric J. Hayden


On behalf of Sedgwick LLP, I accept the foregoing substitution.

DATED: December 10, 2014    SEDGWICK LLP


By: _____
    Robert D. Eassa
    Delia Isvoranu
    Denise Trani-Morris

IT IS SO ORDERED
Judge Joseph C. Spero
2/6/2015