```
ROBERT D. EASSA (Bar No. 107970)
Robert.Eassa@sedgwicklaw.com
DELIA ISVORANU (Bar No. 226750)
Delia.Isvoranu@sedgwicklaw.com
DENISE TRANI-MORRIS (Bar No. 127879)
Denise.Trani-Morris@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415/781-7900
Facsimile:    415/781-2635
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DR. JOHN MAA,

    Plaintiff,

v.

DR. JOSHUA ADLER, et al.,

    Defendants.

Case No. 3:12-cv-0200 JCS

**DEFENDANT DR. SAM HAWGOOD'S, SUBSTITUTION OF COUNSEL**

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Dr. Sam Hawgood hereby substitutes:

```
SEDGWICK LLP
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415)781-7900/ Facsimile:    (415)781-2635
```

As his attorneys of record in the above-entitled action in place and instead of:

```
IRELL & MANELLA, LLP
John C. Hueston
Brian Hennigan
```

19736038v1

-1-                                        Case No. 3:12-cv-0200-JCS

DEFENDANT DR. SAM HAWGOOD'S SUBSTITUTION OF COUNSEL

1  Eric J. Hayden
2  840 Newport Center Drive, Suite 400
   Newport Beach, CA 92660-6324
3  Telephone:    (949) 760-0991 / Facsimile:   (949) 760-5200

4  Dr. Sam Hawgood hereby accepts and consents to the Substitution of Counsel.

5
6  DATED: ~~December~~ January 13, 2015 ~~2014~~

7
8  By: /s/ Sam Hawgood
       Dr. Sam Hawgood
9

10
11 On behalf of Irell & Manella LLP, I consent to this substitution.

12
13 DATED: December __, 2014     IRELL & MANELLA LLP

14
15 By: _____
       John C. Hueston
16     Brian Hennigan
       Eric J. Hayden
17

18 On behalf of Sedgwick LLP, I accept the foregoing substitution.

19
20 DATED: December 10, 2014     SEDGWICK LLP

21
22 By: /s/ Robert D. Eassa
       Robert D. Eassa
23     Delia Isvoranu
       Denise Trani-Morris
24

25
26
27
28

Eric J. Hayden
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone:   (949) 760-0991 / Facsimile:   (949) 760-5200

Dr. Sam Hawgood hereby accepts and consents to the Substitution of Counsel.

DATED: December __, 2014


By: _____
Dr. Sam Hawgood


On behalf of Irell & Manella LLP, I consent to this substitution.

DATED: ~~December __, 2014~~ Jan 7, 2015    IRELL & MANELLA LLP

By: _____
John C. Hueston
Brian Hennigan
Eric J. Hayden


On behalf of Sedgwick LLP, I accept the foregoing substitution.

DATED: December 10, 2014    SEDGWICK LLP

By: _____
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris

**IT IS SO ORDERED**
Judge Joseph C. Spero
2/6/2015

19736038v1                          -2-                          Case No. 3:12-cv-0200-JCS
DEFENDANT DR. SAM HAWGOOD'S SUBSTITUTION OF COUNSEL