```
1  ROBERT D. EASSA (Bar No. 107970)
   Robert.Eassa@sedgwicklaw.com
2  DELIA ISVORANU (Bar No.226750)
   Delia.Isvoranu@sedgwicklaw.com
3  DENISE TRANI-MORRIS (Bar No. 127879)
   Denise.Trani-Morris@sedgwicklaw.com
4  SEDGWICK LLP
   333 Bush Street, 30th Floor
5  San Francisco, CA  94104-2834
   Telephone:    415/781-7900
6  Facsimile:    415/781-2635

7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. JOHN MAA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DR. JOSHUA ADLER, et al.,<br><br>　　　　Defendants. | Case No. 3:12-cv-0200 JCS<br><br>**DEFENDANT MARK LARET'S, SUBSTITUTION OF COUNSEL** |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Mark Laret hereby substitutes:

SEDGWICK LLP
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415)781-7900/ Facsimile:    (415)781-2635

As his attorneys of record in the above-entitled action in place and instead of:

IRELL & MANELLA, LLP
John C. Hueston
Brian Hennigan

1  Eric J. Hayden
2  840 Newport Center Drive, Suite 400
   Newport Beach, CA 92660-6324
3  Telephone:    (949) 760-0991 / Facsimile:   (949) 760-5200

4  Mark Laret hereby accepts and consents to the Substitution of Counsel.

5

6  DATED:  1/29 , 2015

7

8  By: _____
       Mark Laret
9

10

11 On behalf of Irell & Manella LLP, I consent to this substitution.

12

13 DATED: _____, 2015   IRELL & MANELLA LLP

14

15 By: _____
       Michael George Ermer
16

17 On behalf of Sedgwick LLP, I accept the foregoing substitution.

18

19 DATED: January 23, 2015    SEDGWICK LLP

20

21 By: _____
       Robert D. Eassa
22     Delia Isvoranu
       Denise Trani-Morris
23

24

25

26

27

28

1  Eric J. Hayden
   840 Newport Center Drive, Suite 400
2  Newport Beach, CA 92660-6324
   Telephone:  (949) 760-0991 / Facsimile:  (949) 760-5200
3

4  Mark Laret hereby accepts and consents to the Substitution of Counsel.

5

6  DATED: _____, 2015

7

8                                By: _____
                                        Mark Laret
9

10

11 On behalf of Irell & Manella LLP, I consent to this substitution.

12
   DATED: Jan. 27, 2015    IRELL & MANELLA LLP
13

14
                                 By: _____
15                                      Michael George Ermer

16

17 On behalf of Sedgwick LLP, I accept the foregoing substitution.

18
   DATED: January 23, 2015    SEDGWICK LLP
19

20

21                               By: _____
                                        Robert D. Eassa
22                                      Delia Isvoranu
                                        Denise Trani-Morris
23

24

25  IT IS SO ORDERED
    Judge Joseph C. Spero
26  United States District Court
    Northern District of California
27  2/6/2015

28

19839835v1                          -2-                    Case No. 3:12-cv-0200-JCS
                  DEFENDANT MARK LARET'S SUBSTITUTION OF COUNSEL