1  ROBERT D. EASSA (Bar No. 107970)
   Robert.Eassa@sedgwicklaw.com
2  DELIA ISVORANU (Bar No.226750)
   Delia.Isvoranu@sedgwicklaw.com
3  DENISE TRANI-MORRIS (Bar No. 127879)
   Denise.Trani-Morris@sedgwicklaw.com
4  SEDGWICK LLP
   333 Bush Street, 30th Floor
5  San Francisco, CA  94104-2834
   Telephone:     415/781-7900
6  Facsimile:     415/781-2635

7  Attorneys for Defendants

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 DR. JOHN MAA,                          Case No. 3:12-cv-0200 JCS

14        Plaintiff,

15    v.                                  **DEFENDANT DR. SALLY
                                          MARSHALL'S, SUBSTITUTION OF
16 DR. JOSHUA ADLER, et al.,              COUNSEL**

17        Defendants.

18

19     TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR

20 ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE THAT defendant Dr. Sally Marshall hereby substitutes:

22     SEDGWICK LLP
       Robert D. Eassa
23     Delia Isvoranu
       Denise Trani-Morris
24     333 Bush Street, 30th Floor
       San Francisco, CA  94104-2834
25     Telephone:    (415)781-7900/ Facsimile:    (415)781-2635

26     As her attorneys of record in the above-entitled action in place and instead of:

27     IRELL & MANELLA, LLP
       John C. Hueston
28     Brian Hennigan

19736050v1                           -1-                 Case No. 3:12-cv-0200-JCS
              DEFENDANT DR. SALLY MARSHALL'S SUBSTITUTION OF COUNSEL

```
 1    Eric J. Hayden
      840 Newport Center Drive, Suite 400
 2    Newport Beach, CA 92660-6324
      Telephone:  (949) 760-0991 / Facsimile:  (949) 760-5200
 3

 4    Dr. Sally Marshall hereby accepts and consents to the Substitution of Counsel.

 5
            JANUARY 5, 2015
 6    DATED: ~~December ___, 2014~~

 7

 8                                      By: _Sally J Marshall_____
                                            Dr. Sally Marshall
 9

10

11    On behalf of Irell & Manella LLP, I consent to this substitution.

12
            JANUARY 7, 2015
13    DATED: ~~December ___, 2014~~        IRELL & MANELLA LLP

14

15                                      By: _____
                                            ~~John C. Hueston~~
16                                          ~~Brian Hennigan~~
                                            Eric J. Hayden
17

18    On behalf of Sedgwick LLP, I accept the foregoing substitution.

19

20    DATED: December 10, 2014           SEDGWICK LLP

21

22                                      By: _____
                                            Robert D. Eassa
23                                          Delia Isvoranu
                                            Denise Trani-Morris
24

25                                      IT IS SO ORDERED
                                        /s/ Judge Joseph C. Spero
26                                      2/6/2015

27

28
```

19736050v1                                                         Case No. 3:12-cv-0200-JCS
                                         -2-
              DEFENDANT DR. SALLY MARSHALL'S SUBSTITUTION OF COUNSEL