```
ROBERT D. EASSA (Bar No. 107970)
Robert.Eassa@sedgwicklaw.com
DELIA ISVORANU (Bar No.226750)
Delia.Isvoranu@sedgwicklaw.com
DENISE TRANI-MORRIS (Bar No. 127879)
Denise.Trani-Morris@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     415/781-7900
Facsimile:      415/781-2635
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. JOHN MAA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. JOSHUA ADLER, et al.,<br><br>　　　　　Defendants. | Case No. 3:12-cv-0200 JCS<br><br>**DEFENDANT DR. SUSAN L. PENNEY'S, SUBSTITUTION OF COUNSEL** |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Susan L. Penney hereby substitutes:

```
SEDGWICK LLP
Robert D. Eassa
Delia Isvoranu
Denise Trani-Morris
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415)781-7900/ Facsimile:    (415)781-2635
```

As her attorneys of record in the above-entitled action in place and instead of:

```
IRELL & MANELLA, LLP
John C. Hueston
Brian Hennigan
```

```
 1   Eric J. Hayden
     840 Newport Center Drive, Suite 400
 2   Newport Beach, CA 92660-6324
     Telephone:    (949) 760-0991 / Facsimile:   (949) 760-5200
 3

 4   Susan L. Penney hereby accepts and consents to the Substitution of Counsel.

 5

 6   DATED: December 12, 2014

 7

 8                                      By: _____
                                            Susan L. Penney
 9

10

11   On behalf of Irell & Manella LLP, I consent to this substitution.

12        JANUARY 7, 2015
     DATED: December ___, 2014     IRELL & MANELLA LLP
13

14
                                   By: _____
15                                     John C. Hueston
                                       Brian Hennigan
16                                     Eric J. Hayden

17

18   On behalf of Sedgwick LLP, I accept the foregoing substitution.

19

20   DATED: December 10, 2014    SEDGWICK LLP

21

22                                 By: _____
                                       Robert D. Eassa
23                                     Delia Isvoranu
                                       Denise Trani-Morris
```

IT IS SO ORDERED
Judge Joseph C. Spero
2/6/2015

-2-   Case No. 3:12-cv-0200-JCS
DEFENDANT SUSAN L. PENNEY'S SUBSTITUTION OF COUNSEL

19736054v1