UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. JOHN MAA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DR. JOSHUA ADLER, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:12-cv-0200 JCS<br><br>**[proposed] ORDER** |

UPON CONSIDERATION of Plaintiff's unopposed motion to appear by telephone at the May 15, 2015 Case Management Conference ("CMC"), and the lack of opposition thereto and the entire record herein, it be and hereby is

ORDERED that Plaintiff's request to appear by telephone at the CMC scheduled for 2:00pm on May 15, 2015 is GRANTED.

It is so ordered.

_____          _____
DATE                                                        HON. JOSEPH C. SPERO
                                                                  United States Magistrate Judge