1  KATHRYN BURKETT DICKSON, ESQ., State Bar No. 70636
   EMILY A. NUGENT, ESQ., State Bar No. 255048
2  DICKSON GEESMAN LLP
   1999 Harrison Street, Suite 2000
3  Oakland, CA 94612
   Tel.:  (510) 899-4670
4  Fax:  (510) 899-4671
   E-Mail: kathy@dicksongeesman.com
5  E-Mail: emily@dicksongeesman.com

6  DAVID K. COLAPINTO, D.C. Bar #416390
   Admitted *Pro Hac Vice*
7  KOHN, KOHN & COLAPINTO, LLP
8  3233 P Street, N.W.
   Washington, D.C. 20007-2756
9  Tel:  (202) 342-6980
   Fax: (202) 342-6984
10 Email: dc@kkc.com
   Attorneys for Plaintiff-Relator
11

12 SEDGWICK, LLP
   ROBERT EASSA
13 DENISE TRANI-MORRIS
   333 Bush Street, 30th Floor
14 San Francisco, CA 94104-2834
   Telephone:  (415) 781-7900
15 Facsimile:  (415) 781-2635
   Email: Denise.Trani-Morris@sedgwicklaw.com
16 Email: Robert.Eassa@sedgwicklaw.com
   Attorneys for Defendants
17

18

19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21
                       SAN FRANCISCO DIVISION
22

23 DR. JOHN MAA,                          )   Case No. 3:12-cv-0200 JCS
                                          )
24          Plaintiff,                    )
                                          )
25     vs.                                )   **UPDATED JOINT CASE MANAGEMENT
                                          )   STATEMENT AND [PROPOSED] ORDER**
26 DR. JOSHUA ADLER, et al.,              )
                                          )
27          Defendants.                   )
   _____)
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        The parties to the above-entitled action respectfully submit this UPDATED JOINT CASE

MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All

Judges of the Northern District of California dated July 1, 2011 (last revised May 2013) and Civil

Local Rule 16-9.

        The parties attended ADR mediation on April 8, 2015 and agreed to a settlement.  Counsel

will be prepared to further discuss this matter at the CMC on May 15, 2015.


Dated:  May 8, 2015 _____                    By:  /s/ David K. Colapinto
                                                  Counsel for Plaintiff-Relator


Dated:   May 8, 2015_____                    By:  /s/ Robert Eassa
                                                  Counsel for Defendants

Attestation: I, David Colapinto, counsel for Plaintiff in this action, hereby attest that the above
signatories for Defendants have concurred and consented to the filing of this document.

1

<u>CASE MANAGEMENT ORDER</u>

2

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is

3

approved.  The parties shall file the necessary papers to implement the settlement and close this

4

case as soon as possible.

5

6

IT IS SO ORDERED

7

8

Dated: _____            By: _____

9

Hon. Joseph C. Spero
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28