# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

DR. JOHN MAA,

    Plaintiff,

vs.

DR. JOSHUA ADLER, et al.,

    Defendants.

Case No. 3:12-cv-0200 JCS

**[proposed] ORDER**

UPON CONSIDERATION of Plaintiff's motion to enforce settlement, all papers and argument submitted in support thereof and in opposition thereto, and the entire record herein, it be and hereby is

ORDERED that Plaintiff's motion to enforce the settlement agreement is GRANTED; and it is

FURTHER ORDERED that Defendants shall promptly pay to Plaintiff the settlement payment specified in the April 8, 2015 agreement, $300,000, as damages for Defendants' breach; and it is

FURTHER ORDERED that Plaintiff shall have 30 days from the date of this order in which to submit a motion for attorney's fees and costs pursuant to Fed. R. Civ. P. 54(d) and Civil L.R. 54-5.

It is so ordered.

_____
DATE

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge