UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. JOHN MAA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DR. JOSHUA ADLER, et al.,<br><br>    Defendants. | Case No. 3:12-cv-0200 JCS<br><br>[PROPOSED] ENTRY OF FINAL JUDGMENT AS TO COUNTS I –III OF SECOND AMENDED COMPLAINT |

For the reasons set forth in the Order Granting In Part and Denying In Part Defendants' Motion to Dismiss Second Amended Complaint, dated October 23, 2013 [Dkt. #61] final judgment is hereby entered in favor of Defendants as to Counts I – III of the Second Amended Complaint [Dkt. # 41].

9/10/15
DATE

HON. JOSEPH
United States